# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| VLADIMIR KOSTOV | § | |
|     Plaintiff, | § | CASE NO.: 2:14-cv-1008 |
| | § | |
| vs. | § | |
| | § | |
| BECKAT OIL & FUEL, L.P. | § | JURY TRIAL |
| AND DANIEL FREDRICK | § | |
|     Defendants. | § | |

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS

Before the Court is Plaintiff's Motion to Dismiss With Prejudice. Having considered the Motion, the Court finds that it should be, and hereby is GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff's action against Defendants be dismissed with prejudice to said Plaintiff's rights to reinstitute the same, and that all costs incurred herein be taxed against the party by whom incurred.

The Clerk of the Court is further directed to close the above-captioned action.

**So Ordered and Signed on this**

**Jan 14, 2015**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE